Calendar Year 2003

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) TEVRIZIAN, JR., DICKRAN M | 2. Court or Organization United States District Court | 3. Date of Report 5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Roybal Federal Building 255 E. Temple Street, Ste. 870 Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee - Non-Compensated Passive Investor | ▉▉▉▉ Trusts - Attachment "A" |
| 2. | Partner - Non-Working | Rialto Investments - Industrial Real Estate, Rialto, CA - Attachment "B" |
| 3. | Trustee - Non-Compensated | ▉▉▉▉ Trusts - Attachment "C" |
| 4. | Partner - Passive Investor Non-Working | MPRT Realty - Commercial Real Estate - LA., CA |
| 5. | Advisory Director - Non-Compensated | Armenian General Benevolent Union - Charitable Foundation |
| 6. | Partner - Passive Investor Non-Working | Majestic Realty Partners - Industrial Real Estate, Atlanta, Georgia - Attachment "B" |
| 7. | Deleted 1999 | |
| 8. | Advisory Director - Non-Compensated | Glendale Memorial Hospital Foundation - Charitable Foundation |
| 9. | Advisory Director - Non-Compensated | Armenian Center for National & International Studies - Charitable Foundation |
| 10. | Advisory Director - Non-Compensated | The Armenian Eye Care Project - Charitable Foundation |
| 11. | Advisory Director - Non-Compensated | The University of California at Los Angeles (UCLA) School of Public Policy - Public School |
| 12. | Advisory Director - Non-Compensated | QueensCare Health Foundation of Los Angeles-Charitable Foundation - Resigned May, 2003 |
| 13. | Successor Co-Trustee | ▉▉▉▉ Trust - Attachment "D" - All assets distributed Oct. 13, 2001 - Trust ceased as of July 15, |
| 14. | Advisory Director - Non-compensated | Exceptional Children's Foundation - September, 2003 |

FINANCIAL DISCLOSURE OFFICE
May 17 12 43 PM '04
RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | Paid up single premium life insurance policy with Provident Life Insurance Company |
| 2. | | State of California Judicial Retirement. Vested but deferred until August 4, 2003. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | State of California Judicial Retirement | $18,600.00 |
| 2. | 2003 | Camelot Carpet Mills, Inc. - Directors Fee | |
| 3. | 2003 | MPRT Realty | $2,500.00 |
| 4. | 2003 | Town & Country Party Rentals, Inc. | |
| 5. | 2003 | Pacific Crest Mills, Inc. - Directors Fee | |
| 6. | 2003 | Deleted 1999 | |
| 7. | 2003 | County of Los Angeles, Los Angeles County Hospital Commission | |
| 8. | 2003 | Royalty Carpet Mills, Inc. - Director's Fee | |
| 9. | 2003 | ████████ Trusts - Income Distribution | $76,000.00 |
| 10. | 2003 | ████████ Trusts - Management Fees | $15,600.00 |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prudential Insurance Company. This loan was previously with the Principal Mutual Life Ins. Co. | Investment in Real Property in Atlanta, GA - Majestic/Atlanta Partners. Permanent non-recourse financing | P2 |
| 2. | | for an industrial real estate development. The property was refinanced in 1999 and the proceeds placed | |
| 3. | | in segregated accounts at Cedars Bank and Merrill Lynch. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    ▮▮▮▮▮▮ Inter Vivos Trusts-Dickran Tevrizian 19% | G | | P2 | | | | | | |
| 2.    Deleted 1993 | | | | | | | | | |
| 3.    Deleted 1995 | | | | | | | | | |
| 4.    Deleted 1995 | | | | | | | | | |
| 5.    Rialto Investments, City of Industry 25% | E | | N | W | | | | | See Attachment "B" |
| 6.    MPRT Realty, Los Angeles, California 1.098% | E | Rent | N | W | | | | | |
| 7.    Town & Country Party Rentals, Pasadena, CA | A | Interest | J | T | | | | | |
| 8.    Wells Fargo Bank, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 9.    Deleted 1993 | | | | | | | | | |
| 10.    Bank of America, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 11.    Smith Barney, I.R.A.    Mutual Fund | B | | K | T | | | | | |
| 12.    Deleted 1999 | | | | | | | | | |
| 13.    Deleted 1996 | | | | | | | | | |
| 14.    Deleted 1995 | | | | | | | | | |
| 15.    Deleted 1995 | | | | | | | | | |
| 16.    Deleted 1995 | | | | | | | | | |
| 17.    Deleted 1995 | | | | | | | | | |
| 18.    Deleted 1995 | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Deleted 1995 | | | | | | | | | |
| 20. Provident Life Insurance | C | Interest | N | T | | | | | |
| 21. Provident Life Insurance | A | Interest | K | T | | | | | |
| 22. Deleted 2001 | | | | | | | | | |
| 23. Deleted 1994 | | | | | | | | | |
| 24. Smith Barney      Money Market Account | C | Interest | L | T | | | | | |
| 25. Exxon Corp.      Common Stock | A | Dividend | J | T | | | | | |
| 26. Lockheed/Martin Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27. Louisiana Pacific Corp.  Common Stock | A | Dividend | J | T | | | | | |
| 28. Deleted 1995 | | | | | | | | | |
| 29. Allied Signal Corp.     Common Stock | A | Dividend | J | T | | | | | |
| 30. Deleted 1999 | | | | | | | | | |
| 31. Deleted 1996 | | | | | | | | | |
| 32. Seagate Corp.      Common Stock | A | Dividend | J | T | | | | | |
| 33. Digital Equipment Corp. Common Stock | A | Dividend | J | T | | | | | |
| 34. Deleted 2002 | | | | | | | | | |
| 35. Santa Fe Energy Resources Common Stock | A | Dividend | J | T | | | | | |
| 36. Deleted 1995 | | | | | | | | | |

1. Income/Gain Codes:   A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,001-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Atlantic Richfield/Arco Corp. Common Stock | A | Dividend | J | T | | | | | |
| 38. Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 39. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 40. Deleted 1999 | | | | | | | | | |
| 41. 1st Business Bank - Mellon, L.A., CA Savings/Checking | B | Interest | L | T | | | | | |
| 42. General Motors Corp. Common Stock | A | Dividend | J | T | | | | | |
| 43. Eli Lilly & Co. Common Stock | A | Dividend | J | T | | | | | |
| 44. Deleted 1995 | | | | | | | | | |
| 45. Liberty Mutual All Star Fund Mutual Fund | A | | J | T | | | | | |
| 46. Black & Decker Common Stock | A | Dividend | J | T | | | | | |
| 47. Wells Fargo Corp. Common Stock | A | Dividend | J | T | | | | | |
| 48. Deleted 2000 | | | | | | | | | |
| 49. Marathon Group Common Stock | A | Dividend | J | T | | | | | |
| 50. U.S. Steel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 51. Majestic Atlanta Partners 12.5% Real Estate-Atlanta, Georgia | E | Rent | P2 | W | | | | | |
| 52. Texaco Corp. Common Stock | A | Dividend | J | T | | | | | |
| 53. Phoenix Engemann Fund Mutual Fund | A | | L | T | | | | | |
| 54. Burlington Northern Santa Fe Common Stock | A | Dividend | J | T | | | | | |

Income/Gain Codes: A =$1,000 or less ... B =$1,001-$2,500 ... C =$2,501-$5,000 ... D =$5,001-$15,000 ... =$15,001-$50,000
(See Columns B1 and D4) ... F =$50,001-$100,000 ... G =$100,001-$1,000,000 ... H1 =$1,000,001-$5,000,000 ... H2 =More than $5,000,000
Value Codes: ... =$15,000 or less ... =$15,001-$50,000 ... =$50,001-$100,000 ... M =$100,001-$250,000
(See Columns C1 and D3) ... N =$250,001-$500,000 ... =$500,001-$1,000,000 ... P1 =$1,000,001-$5,000,000 ... P2 =$5,000,001-$25,000,000
... P3 =$25,000,001-$50,000,000 ... P4 =More than $50,000,000

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Deleted 2000 | | | | | | | | | |
| 56. Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 57. Indian Wells, CA - Real Estate (Pleasure + Investment) 25% | A | Residence | N | W | | | | | |
| 58. Raytheon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 59. Cedars Bank Savings/Checking | E | Interest | N | T | | | | | |
| 60. Deleted 2000 | | | | | | | | | |
| 61. Devon Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 62. BP Amoco Corp. Common Stock | A | Dividend | J | T | | | | | |
| 63. Compaq Computer Corp. Common Stock | A | Dividend | J | T | | | | | |
| 64. Delphi Automotive Corp. Common Stock | A | Dividend | J | T | | | | | |
| 65. Honeywell Corp. Common Stock | A | Dividend | J | T | | | | | |
| 66. Keith Companies Inc. Common Stock | A | Dividend | J | T | | | | | |
| 67. Veritas Software Corp. Common Stock | A | Dividend | J | T | | | | | |
| 68. Walt Disney Company Common Stock | A | Dividend | J | T | | | | | |
| 69. Ford Motor Company Common Stock | A | Dividend | K | T | | | | | |
| 70. Deleted 2002 | | | | | | | | | |
| 71. Smith Barney IRA Account (Mutual Fund) Alliance Fund | A | | J | T | | | | | |
| 72. Smith Barney IRA Account (Mutual Fund) John Hancock Fund | A | | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Merrill Lynch Money Market | C | Interest | N | T | | 08/09 | N | | |
| 74. General Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 75. MacDumakis Corp. Common Stock | A | Dividend | K | T | | | | | |
| 76. Tennet Corp. Common Stock | A | Dividend | K | T | | | | | |
| 77. Cedars Bank Common Stock | A | Dividend | L | T | | | | | |
| 78. Rental Property #1, L.A., CA ▇▇▇ | F | Rent | O | | | | | | |
| 79. Rental Property #2, L.A., CA ▇▇▇ | G | Rent | P1 | W | | | | | |
| 80. Rental Property #3, L.A., CA ▇▇ | E | Rent | N | W | | | | | |
| 81. Rental Property #4, L.A., CA ▇▇ | A | Rent | O | W | | | | | |
| 82. Rental Property #5, L.A., CA ▇▇▇ | F | Rent | O | W | | | | | |
| 83. Rental Property #6, L.A., CA ▇▇▇ | F | Rent | O | W | | | | | |
| 84. Rental Property #7, L.A., CA ▇▇ | G | Rent | P1 | W | | | | | |
| 85. Bank of America, L.A., CA Savings/Checking | D | Interest | N | T | | | | | |
| 86. Soloman Smith Barney Cash Management Account | E | | P1 | T | | | | | |
| 87. Crowell Weedon & Co. Money Market Fund | E | | P1 | T | | | | | |
| 88. Mellon First Business Bank Savings/Checking | D | Interest | N | T | | | | | |
| 89. Abex Corp. Common Stock | A | Dividend | J | T | | | | | |
| 90. Deleted 1999 | | | | | | | | | |

Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   U = Book Value   V = Other   W = Estimated
T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Deleted 2001 | | | | | | | | | |
| 92. Allied Signal Corp. Common Stock | B | Dividend | M | T | | | | | |
| 93. Allis Chalmers Corp. Common Stock | A | Dividend | J | T | | | | | |
| 94. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 95. Alcoa Common Stock | B | Dividend | L | T | | | | | |
| 96. Deleted 1998 | | | | | | | | | |
| 97. Arco Atlantic/Richfield Common Stock | B | Dividend | K | T | | | | | |
| 98. Deleted 1999 | | | | | | | | | |
| 99. AT&T Common Stock | B | Dividend | L | T | | | | | |
| 100. Baldwin Securities Common Stock | A | Dividend | J | T | | | | | |
| 101. Bank of America Common Stock | C | Dividend | M | T | | | | | |
| 102. Baxter Travenol Common Stock | B | Dividend | L | T | | | | | |
| 103. Bell Southern Common Stock | B | Dividend | M | T | | | | | |
| 104. Deleted 1999 | | | | | | | | | |
| 105. Deleted 2000 | | | | | | | | | |
| 106. Deleted 2000 | | | | | | | | | |
| 107. Deleted 2000 | | | | | | | | | |
| 108. Burlington Northern Common Stock | D | Dividend | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. Catellus Development    Common Stock | A | Dividend | J | T | | | | | |
| 110. Cox Communications Corp. Common Stock | A | Dividend | L | T | | | | | |
| 111. CFI Steel Corp.        Common Stock | A | Dividend | J | T | | | | | |
| 112. Dean Witter Morgan Stanley Common Stock | A | Dividend | J | T | | | | | |
| 113. Deleted 1998 | | | | | | | | | |
| 114. Energy Group PLC    Common Stock | A | Dividend | J | T | | | | | |
| 115. Exxon Corp.        Common Stock | B | Dividend | L | T | | | | | |
| 116. GFC Financial-Finova  Common Stock | A | Dividend | J | T | | | | | |
| 117. Fremont General Corp.   Common Stock | A | Dividend | J | T | | | | | |
| 118. Hanson Trust        Common Stock | A | Dividend | J | T | | | | | |
| 119. Deleted 1998 | | | | | | | | | |
| 120. I.B.M.        Common Stock | B | Dividend | M | T | | | | | |
| 121. Imperial Tobacco Group Common Stock | A | Dividend | J | T | | | | | |
| 122. John Hancock Reg. Bank Fund Mutual Fund | C | | M | T | | | | | |
| 123. Koll Real Estate Group   Common Stock | A | Dividend | J | T | | | | | |
| 124. Louisiana Pacific Corp.   Common Stock | B | Dividend | K | T | | | | | |
| 125. Lucent Technologies   Common Stock | A | Dividend | L | T | | | | | |
| 126. Med Partners/Mullikin, Inc. Common Stock | A | Dividend | J | T | | | | | |

Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
Value Codes            J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
                  P3 = $25,000,001-$50,000,000                        P4 = More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. MPS Emerging Growth Fund Mutual Fund | B | | M | T | | | | | |
| 128. Millenium Chemicals   Common Stock | A | Dividend | J | T | | | | | |
| 129. NCR Corp.             Common Stock | A | Dividend | J | T | | | | | |
| 130. Newhall Land & Farming Common Stock | A | Dividend | K | T | | | | | |
| 131. Newmont Mining Corp. Common Stock | A | Dividend | J | T | | | | | |
| 132. Norfolk & Southern    Common Stock | D | Dividend | M | T | | | | | |
| 133. Occidental Petroleum   Common Stock | A | Dividend | J | T | | | | | |
| 134. Deleted 1999 | | | | | | | | | |
| 135. Deleted 1999 | | | | | | | | | |
| 136. Pepsico              Common Stock | B | Dividend | L | T | | | | | |
| 137. Phillips Petroleum     Common Stock | A | Dividend | K | T | | | | | |
| 138. Deleted 1999 | | | | | | | | | |
| 139. Deleted 1999 | | | | | | | | | |
| 140. Santa Fe Energy Resources Inc. Common Stock | A | Dividend | J | T | | | | | |
| 141. Sears               Common Stock | A | Dividend | J | T | | | | | |
| 142. Deleted 2000 | | | | | | | | | |
| 143. Deleted 1998 | | | | | | | | | |
| 144. Tejon Ranch Corp.     Common Stock | A | Dividend | K | T | | | | | |

Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
Value Codes   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Deleted 2000 | | | | | | | | | |
| 146. Texaco        Common Stock | A | Dividend | J | T | | | | | |
| 147. Textron Corp.      Common Stock | A | Dividend | K | T | | | | | |
| 148. Times Mirror Corp.   Common Stock | B | Dividend | L | T | | | | | |
| 149. Deleted 1999 | | | | | | | | | |
| 150. Yum Brands      Common Stock | A | Dividend | J | T | | | | | |
| 151. Tupperware Corp.    Common Stock | A | Dividend | J | T | | | | | |
| 152. U.S. Gypsum Corp. USG Common Stock | A | Dividend | J | T | | | | | |
| 153. U.S. Industries, Inc.   Common Stock | A | Dividend | J | T | | | | | |
| 154. Viad Corp.       Common Stock | A | Dividend | J | T | | | | | |
| 155. Waste Management Inc. Common Stock | A | Dividend | J | T | | | | | |
| 156. Deleted 1999 | | | | | | | | | |
| 157. Imperial Bank Corp.   Common Stock | A | Dividend | K | T | | | | | |
| 158. U.S. Treasury Bills | D | Interest | N | T | | | | | |
| 159. Deleted 2000 | | | | | | | | | |
| 160. Phoenix Engeman Fund   Mutual Fund | C | | M | T | | | | | |
| 161. MGM        Common Stock | A | Dividend | J | T | | | | | |
| 162. Deleted 1999 | | | | | | | | | |

Income/Gain Codes    A =$1,000 or less    B =$1,001-$2,500    C =$2,501-$5,000    D =$5,001-$15,000    E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000   G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
Value Codes        J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,001-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
            P3 =$25,000,001-$50,000,000  P4 =More than $50,000,000
Value Method Codes (Real Estate Only)  S =Assessment   T =Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

**VII. INVESTMENTS and TRUSTS** – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 163. Deleted 1999 | | | | | | | | | |
| 164. Aegon Corp. Common Stock | A | Dividend | K | T | | | | | |
| 165. Seminarsource.com Common Stock | A | Dividend | J | T | | | | | |
| 166. Dateck.com Common Stock | A | Dividend | J | S | | | | | |
| 167. Deleted 2000 | | | | | | | | | |
| 168. Fremont General Common Stock | A | Dividend | J | T | | | | | |
| 169. Illinois Tool Common Stock | A | Dividend | J | T | | | | | |
| 170. Cardinal Health Care Common Stock | A | Dividend | J | T | | | | | |
| 171. First American Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 172. Microsoft Corp. Common Stock | A | Dividend | M | T | | | | | |
| 173. Keith Companies Common Stock | A | Dividend | J | T | | | | | |
| 174. Avaya Inc. Common Stock | A | Dividend | J | T | | | | | |
| 175. Edwards Life Sciences Inc. Common Stock | A | Dividend | J | T | | | | | |
| 176. BP Amoco Common Stock | B | Dividend | K | T | | | | | |
| 177. Devon Energy Common Stock | A | Dividend | J | T | | | | | |
| 178. Tribune Company Common Stock | B | Dividend | L | T | | | | | |
| 179. CoAmerica Corp. Common Stock | A | Dividend | K | T | | | | | |
| 180. Honeywell Corp. Common Stock | B | Dividend | L | T | | | | | |

Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4) F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
Value Codes: J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3) N =$250,001-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| TEVRIZIAN, JR., DICKRAN M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month–Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. AT&T Wireless Corp. Common Stock | A | Dividend | J | T | | | | | |
| 182. Ford Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 183. Kraft Foods Common Stock | A | Dividend | K | T | | | | | |
| 184. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 185. Smith Barney AG GFD Mutual Fund | C | | M | T | | | | | |
| 186. Deleted 2002 | | | | | | | | | |
| 187. General Electric Co. Common Stock | B | Dividend | L | T | | | | | |
| 188. Agere Systems A Common Stock | A | Dividend | J | T | | | | | |
| 189. Agere Systems B Common Stock | A | Dividend | J | T | | | | | |
| 190. Comcast Common Stock | A | Dividend | J | T | | | | | |
| 191. Motorola (Personal) | A | Dividend | J | T | Buy | 09/02 | J | | Listed Exchange |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D9) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,001-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = More than $50,000,000

**ATTACHMENT A**

███████████████ INTER VIVOS TRUSTS

From

1-1-    to 12-31-

The ███████████████ Inter Vivos Trusts were established
by ██████████████████████████████████ in July of 1965.  A
of the original trustors have met their demise.  For income t
purposes each of the trusts are required to file fiduciary ta
returns and collectively the trusts file a partnership tax
return.  I have previously submitted a copy of the Trust
Agreement with my prior filing for your committee's permanent
records.  Present trustees are ████████████████████████████
█████████████████████████████████████

I have a 19% interest as an income beneficiary and
remainderman under the terms and conditions of the trust
instrument.  I have reported my interest in Section VII on th
alternative method with reference to the trust assets.

**ATTACHMENT B**

# RIALTO INVESTMENTS

In 1979, I entered into a real estate partnership for the purchase and development of approximately ██ acres of industrial land located in the City of Rialto, County of Riverside, State of California. My interest in the partnership is 25%.

On January 3, 1986, the partnership sold approximately ████ acres of raw land and realized a net profit of approximately $466,000. The partnership received cash and a note secured by a first deed of trust for the unpaid balance of the purchase price. The sale was consumated prior to the time I entered my duty as a Judge.

The remainder of the real property owned by the partnership is developed with an industrial building.

Currently the partnership receives income from rent on the industrial building.

The note secured by the first deed of trust on the subject property was paid off in March of 1992.

Georgia ████████████

In 1993, the partnership entered into a construction loan with Trust Company of Georgia to finance the land acquisition and cost of constructing a 448,000 square foot industrial building. The facility is leased to GATX Corporation for a 10 year period.

The construction loan with Trust Company of Georgia was paid off by obtaining a non-recourse permanent loan from The Principal Mutual Life Insurance Company.

In 1999, the existing non-recourse permanent loan from the Principal Mutual Life Insurance Company was replaced as a result of refinancing the development with a new permanent non-recourse loan from Prudential Insurance Company.
proceeds which were placed in a segregated account at Cedars Bank.

**ATTACHMENT C**

## ████████████ INTER VIVOS TRUSTS

I presently serve as Trustee for the ██████████ Inter Vivos Trusts. I have known the trustors, ██████████████████ since I was 10 ears of age. I am not related by blood or marriage to ████████ but do and have maintained a close family type relationship with them for over 49 years. The ████████ and I consider our relationship to be one of family. I chose not to receive any compensation as a trustee of the ████████████ Inter Vivos Trusts although the trust agreement authorizes the trustee to receive compensation.

I am of the opinion that my role falls within the exception of Canon 5D. I do not have any beneficial interest in any of the assets of the ████████████ Inter Vivos Trusts.

████████████ own 100% of the stock of Royalty Carpet Mills, Inc. Prior to entering upon my duty as a Judge, I resigned as a director of Royalty Carpet Mills, Inc., ████████████████ was duly elected to fill the position of corporate director vacated by me.

In July of 1992, Royalty Carpet Mills, Inc. formed an acquisition corporation, Pacific Crest Mills, Inc. as a 100% owned subsidiary company and purchased certain assets of a Pacific Crest Carpet Mills, Inc. and Pacific Dye Concepts, Inc.

In March of 1999, Royalty Carpet Mills, Inc. formed an acquisition corporation, CMI, Inc. as a 100% owned subsidiary company and the subsidiary company purchased certain assets of Camelot Carpet Mills, Inc. After the asset purchase was completed CMI, Inc. changed its corporate name to Camelot Carpet Mills, Inc.

████████████████ serves as secretary and corporate director of Royalty Carpet Mills, Inc., Pacific Crest Mills, Inc. and Camelot Carpet Mills, Inc.

**ATTACHMENT D**

On or about November 1, 2000, I assumed the duties of a successor co-trustee to the █████████████ Trust. ███████████████ was my former law partner for the years 1966 through June 26, 1972, when I was first appointed a judge for the State of California, County of Los Angeles. ████████████ and I had always maintained a close family-type relationship in that he did not have any children of his own lineage and looked upon me as a younger brother and trusted friend. █████████████████ became incapacitated as a result of a brain tumor, which necessitated me to assume the position of a successor co-trustee pursuant to his expressed written request in the trust documents. ███████████ met his demise on January 12, 2001. I am not being compensated for my services, nor do I expect or want to be. I do not have any direct, indirect, beneficial, remainderman, any type of interest, ownership or otherwise in any of the trust assets. I am simply acting as a successor co-trustee to distribute the assets of the trust, after all expenses, liabilities and taxes have been paid, to his current surviving spouse, the University of Southern California School of Law, ███████████████ of his former deceased █████████████████████████████ pursuant to the expressed terms and conditions of the trust instrument.

On September 20, 2001, the federal estate tax return and state inheritance tax returns were filed with the respective agencies. All distributions to the beneficiaries of the █████████████ Trust were completed by October 13, 2001. On February 14, 2002, the "Acceptance of Estate Tax Return" was received and the Trust is in the process of being terminated.

ON JULY 15, 2002 THE TRUST CEASED OPERATION AS ALL ASSETS WERE DISTRIBUTED ON OCTOBER 13, 2001.

# VIII  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Attachment "A" Refers to Sections I, III & VII
Attachment "B" Refers to Sections I, VI & VII
Attachment "C" Refers to Sections I & III
Attachment "D" Refers to Section I

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date May 10, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)



FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544